In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00044-CV
_____

B&G CRANE SERVICE LLC, Appellant

V.

HECTOR BARRON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF MIGUEL BARRON, JORGE BARRON, MIGUEL BARRON, MARIA BARRON, ISABEL BARRON, JACQUELINE M. BERRIOS, AS NEXT FRIEND OF ALYSSA M. BARRON, AND MELISSA PEREZ AS NEXT FRIEND OF MIA NEYDEEN BARRON, AND OSIEL ROCHA, Appellees

On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-198,493

**MEMORANDUM OPINION**

B&G Crane Service LLC, Appellant, and Hector Barron, Individually and as Representative of the Estate of Miguel Barron, Jorge Barron, Miguel Barron, Maria Barron, Isabel Barron, Jacqueline M. Berrios, as next friend of Alyssa M. Barron,

and Melissa Perez as next friend of Mia Neydeen Barron, and Osiel Rocha, Appellees, filed a joint motion to vacate the trial court's judgment and remand the case to the trial court for rendition of judgment in accordance with their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). We grant the motion, set aside the trial court's judgment without regard to the merits, and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 43.2(d).

      VACATED AND REMANDED.

_____
LEANNE JOHNSON
Justice

Submitted on January 8, 2020
Opinion Delivered January 9, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.